IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHANCE ANDREW WILLIAMS,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

v.                                       Case No. 17-cv-818-jdp

SCOTT ECKSTEIN,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Chance William Andrews's petition for a writ of habeas corpus under 28 U.S.C. §2254 and dismissing this case.

| /s/ | 8/14/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |